IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**GARY L. PERROT,**

    **Plaintiff,**

**vs.**                                           **CASE NO. 1:08CV142-MP/AK**

**WALTER MCNEIL, et al,**

    **Defendants.**

                                  /

**O R D E R**

    Presently before the Court in the above entitled action is Plaintiff's Motion for Extension of Time to file Amended Complaint. (Doc. 9). Having considered said motion, the court is of the opinion that it should be **GRANTED**, and the amended complaint shall be filed on or before December 30, 2008.

    **DONE AND ORDERED** this  _30th_  day of October, 2008.

                                                      _s/ A. KORNBLUM_
                                                      **ALLAN KORNBLUM**
                                                      **UNITED STATES MAGISTRATE JUDGE**