IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GARY L. PERROT,

    Plaintiff,

vs.                              CASE NO. 1:08CV142-MP/AK

SHARON GRANTHAM, et al,

    Defendants.

_____/

## ORDER OF DISMISSAL

Plaintiff has moved to voluntarily dismiss this cause of action. (Doc. 13). Having considered said motion, the Court finds that it should be **GRANTED**, and this **CAUSE DISMISSED WITHOUT PREJUDICE.**

**DONE AND ORDERED** this __3rd__ day of February, 2009.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**